UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUSION IV PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ATTORNEY GENERAL XAVIER BECERRA OF THE STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. CV 18-2561 PA (FFMx) <br><br> JUDGMENT OF DISMISSAL |

In accordance with the Court's July 16, 2018 minute order granting the motion to dismiss filed by defendants Xavier Becerra, Attorney General of the State of California (the "Attorney General"), and Virginia Herold ("Herold") (collectively, "Defendants") and dismissing all causes of action asserted by plaintiffs Fusion IV Pharmaceuticals, Inc., doing business as Axia Pharmaceutical, and Navid Vahedi (collectively, "Plaintiffs"), it is ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs' first cause of action, for declaratory relief, is dismissed with prejudice as to the Attorney General and dismissed without prejudice as to Herold;

2. Plaintiffs' second and third causes of action, asserted only against Herold, are dismissed without prejudice; and

3. Defendants shall have their costs of suit.

DATED: July 16, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE